DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE LAMBRO,**
Appellant,

v.

**EDUARDO LAUTIERI,**
Appellee.

No. 4D2025-3740

[April 30, 2026]

Appeal of a nonfinal order from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Debra Ann Moses Stephens, Judge; L.T. Case No. 502025CC008885XXXANB.

George Lambro, West Palm Beach, pro se.

Thomas J. Ali of The Law Offices of Thomas J. Ali, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***